1  SEYFARTH SHAW LLP
   Jonathan L. Brophy (SBN 245223)
2  jbrophy@seyfarth.com
   Sumithra R. Roberts (SBN 256078)
3  sroberts@seyfarth.com
   2029 Century Park East, Suite 3500
4  Los Angeles, California 90067-3021
   Telephone:   (310) 277-7200
5  Facsimile:   (310) 201-5219

6  Attorneys for Defendants
   SEARS, ROEBUCK AND CO., SEARS
7  HOLDINGS MANAGEMENT CORPORATION
   and SEARS OPERATIONS, LLC (erroneously
8  named SEARS OPERATION CENTER)

9

10                 UNITED STATES DISTRICT COURT

11                 CENTRAL DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| 13  ELVIRA ROSAS HERNANDEZ, an individual, | Case No. 2:18-CV-04970-FMO (SKx) |
| 14 | Hon. Fernando M. Olguin |
| 15              Plaintiff, | **STATUS REPORT REGARDING BANKRUPTCY** |
| 16       v. | |
| 17  SEARS HOLDINGS MANAGEMENT CORPORATION, a Delaware corporation, SEARS, ROEBUCK AND CO., a New York corporation, SEARS OPERATION CENTER, a business entity form unknown, and DOES 1 through 100, inclusive, | Complaint Filed: January 23, 2018<br>Trial Date:         None set |
| 22              Defendants. | |

24       Pursuant to the Court's Order on November 1, 2018, Defendants Sears Holdings

25  Management Corporation and Sears, Roebuck & Co. provide the following 120 day

26  status of their bankruptcy filing:

27       / /

28       / / /

---

JOINT STATUS REPORT REGARDING BANKRUPTCY

57775034v.1

1    Sears' and Kmart's (collectively "Sears") administratively consolidated chapter
2  11 bankruptcy cases remain pending before the United States Bankruptcy Court for the
3  Southern District of New York under Case No. 18-23538.  Sears remains a "debtor-in-
4  possession" as the term in defined in the United States Bankruptcy Code (meaning no
5  trustee has been appointed).  On February 7, 2019, the Bankruptcy Court approved the
6  sale of substantially all of Sear's assets.  The sale closed on February 11, 2019.  Sears
7  filed an amended bankruptcy plan and disclosure statement on May 16, 2019.  The
8  Bankruptcy Court approved the disclosure statement on May 29, 2019.  The plan
9  confirmation hearing is currently set for July 23, 2019, but is expected to be continued
10 based on a tentative settlement between Sears and the unsecured creditors committee.
11 The automatic stay pursuant to Bankruptcy Code section 362 generally remains in
12 place.

DATED:  June 28, 2019                               SEYFARTH SHAW LLP

                                                By:    */s/ Sumithra R. Roberts*
                                                       Jonathan L. Brophy
                                                       Sumithra R. Roberts
                                                       Attorneys for Defendant
                                                       SEARS, ROEBUCK AND CO.,
                                                       SEARS HOLDINGS
                                                       MANAGEMENT CORPORATION
                                                       and SEARS OPERATIONS, LLC

JOINT INITIAL STATUS REPORT REGARDING BANKRUPTCY

57775034v.1